**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-22192-MC-SIMONTON**

IN THE MATTER OF THE EXTRADITION
OF JOHN BOULACHANIS

_____/

**ORDER**

The Court having received the Amended Complaint filed on August 2, 2011, by Todd W. Mestepey, Assistant United States Attorney for the Southern District of Florida, for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada, for the provisional arrest and extradition of John Boulachanis, and an affidavit executed by John Boulachanis and witnessed by his attorney, Larry T. McMillan;

And, further, the Court having been advised in open session that John Boulachanis is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that John Boulachanis be committed to the custody of the United States Marshal for the Southern District of Florida pending arrival of the duly authorized representatives of the Government of Canada, at which time the United States Marshal shall deliver him together with any evidence seized incidental to his arrest and sought by the Government of

Canada to the custody of such authorized representatives to be transported to Canada to be held for

trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of John Boulachanis

together with any evidence seized shall be at such time and place as mutually agreed upon by

the United States Marshal for the Southern District of Florida and the duly authorized representatives

of the Government of Canada.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit

of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice,

in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 11th day of August, 2011.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA